ROBERT S. GIANELLI, #82116
RICHARD R. FRUTO, #200748
JULLY C. PAE, #233565
GIANELLI & MORRIS, A Law Corporation
626 Wilshire Blvd., Suite 800
Los Angeles, CA 90017
Tel: (213) 489-1600; Fax: (213) 489-1611

RAYMOND E. MATTISON, #71850
CHRISTOPHER D. EDGINGTON, #169682
ERNST & MATTISON, A Law Corporation
1020 Palm Street, P.O. Box 1327
San Luis Obispo, CA 93406
Tel: (805) 541-0300; Fax: (805) 541-5168
Attorneys for Plaintiffs, EVELYN V. KNAPP

GAIL E. COHEN, #93210
MISTY A. MURRAY #196870
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Tel: (213) 680-2800; Fax: (213) 614-7399
Attorneys for Defendant, UNUM LIFE INSURANCE CO.

SAM HOFFMAN, #106471
WILLIAM T. YOON, #245586
FOLEY & LARDNER, LLP
402 West Broadway, Suite 2100
San Diego, CA 92101
Attorneys for Defendant, CHW EMPLOYEE FLEXIBLE BENEFITS PLAN

FILED
CLERK, U.S. DISTRICT COURT

FEB - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN V. KNAPP, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, CHW EMPLOYEE FLEXIBLE BENEFITS PLAN, LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO. CV 07-3565 CAS (FMOx)<br>[Related to: *Dallas Alloway v. Reliastar Life Insurance Co., et al.*, CV 06-4719 CAS (FMOx) *Nelida Vind v. The Prudential Insurance Co., et al.*, CV 07-3564 CAS (FMOx)]<br><br>**ORDER GRANTING [PROPOSED] PROTECTIVE ORDER** |

1

## ORDER

Good cause having been shown within the above Stipulation, the Court orders that the terms of this Stipulated Confidentiality Agreement and Protective Order Regarding Non-Disclosure of Confidential Information shall govern the handling of such documents produced or disclosed by the parties in this case.

**IT IS SO ORDERED.**

DATED: 2/8/08

~~Christina A. Snyder~~   FERNANDO M. OLGUIN
U.S. District Court, Central District of California